IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER L. CLEVELAND,                             CV. 10-1549-JE

       Petitioner,                                JUDGMENT

  v.

FRANK THOMPSON,

       Respondent.

KING, District Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

    DATED this __17th__ day of February, 2011.

                                __/s/ Garr M, King__
                                  Garr M. King
                                  United States District Judge

1 - JUDGMENT